# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

133028

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD D. CLOR, and
EVELYN M. CLOR,
      Plaintiffs/Counter-
      Defendants-Appellants,

v

                                     SC: 133028
                                     COA: 269011

IVAN A. BUNTING, and
DONNA K. BUNTING,
                                     Lapeer CC: 02-031297-CH
      Defendants/Counter-
      Plaintiffs-Appellees.

_____/

      On order of the Court, the application for leave to appeal the December 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk